**IN THE UNITED STATES DISTRICT COURT FOR THE**

**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **-vs-** | ) | No. <u>**CR-25-188-D**</u> |
| | ) | |
| **JERRY RAY BROWN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOTICE OF INTENT TO OFFER CERTIFIED**
<u>**BUSINESS RECORDS THROUGH WRITTEN DECLARATION**</u>

Pursuant to Federal Rules of Evidence 803(6), 902(11), 902(13), and 903 the United States gives notice of its intent to offer into evidence at trial some or all of the following certified data copied from an electronic device through written declarations:

- Verizon records (located in discovery at BRO_000501) to include records for mobile telephone number 918-405-3633. Said records include incoming and outgoing call and text (SMS) records, data access records, subscriber information, and tower / location data.

These records have been produced, in full, to defense counsel.

The written certification in support of the authenticity of the business record has been produced to defense counsel (BRO__000783) and will also be made available for inspection at the office of the United States Attorney, 210 Park Avenue, Suite 400, Oklahoma City, Oklahoma, 73102.

Respectfully submitted,

ROBERT J. TROESTER
United States Attorney

*s/ Daniel D. Gridley, Jr.*
DANIEL D. GRIDLEY, Jr.
Oklahoma Bar No. 17501
Assistant United States Attorney
210 Park Avenue, Suite 400
Oklahoma City, Oklahoma 73102
(405) 553-8760 (Office)
(405) 553-8888 (Fax)
daniel.gridley.jr@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrant:

Traci Rhone, counsel for Jerry Ray Brown.

*s/ Daniel D. Gridley, Jr.*
DANIEL D. GRIDLEY, Jr.
Assistant United States Attorney